No. 04–6285.  LINN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–6298.  RHODES *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 04–6310.  DODD *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–6315.  BRYANT *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 04–6317.  WRIGHT *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 04–6319.  WILLIAMS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 04–6320.  WELDON *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 04–6327.  BOCANEGRA-GUTIERREZ *v.* UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 04–6328.  BARAJAS-ARCILIA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–6329.  BENNETT *v.* WEST VIRGINIA.  Cir. Ct. Mercer County, W. Va.  Certiorari denied.

No. 04–6330.  ANSALDI *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 04–6331.  LEE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–6335.  ROANE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 04–6339.  MOORE *v.* OLSON, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 04–6342.  DUNN *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 04–6343.  CORREA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.